**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**Case No.: 1:19-cv-102**

**COREY MILLER,** )
)
**Plaintiff,** )
)
**v.** )
)
**I.C. SYSTEM, INC.,** )
)
**Defendant.** )
______________________________________/

**Motion for Leave to File Document Under Seal**

Now comes Defendant I.C. System, Inc. ("ICS") and moves this Court for leave to file one document under seal. ICS intends to rely on that one document in its motion for summary judgment, and that document contains sensitive information about ICS and its business strategies related to financial accounts. Federal Rule of Civil Procedure 26 allows for filing under seal for "good cause." *See* Fed.R.Civ.P. 26(c).

Here, the undersigned and counsel for Plaintiff had entered into a confidentiality agreement regarding ICS' document prior to Plaintiff's counsel's withdrawal from this case. That confidentiality agreement covered the disclosure and use of the one document. See Exhibit A hereto, the confidentiality agreement. Additionally , this type of financial account handling information is properly filed under seal as it is a source "of business information that might harm [ICS'] competitive standing." *See Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 598 (1978). While ICS' account notes include information that is relevant to Plaintiff's account in this case, they also include confidential information relating to ICS' handling of accounts generally, which would harm its

competitive standing if its processes for account handling were to be available in the public record. Thus, ICS' documents are properly filed under seal.

Respectfully submitted by:

/s/ Boyd W. Gentry
Boyd W. Gentry (KY # 88625)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
First Floor
Beavercreek, Ohio 45431
Tel. 937.839.2881
Fax 800.839.5843
bgentry@boydgentrylaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion for Leave to File Under Seal has been served by USPS Regular Mail on July 2, 2020 to the following:

Corey Miller
532 Cool Springs Rd.
Morgantown, KY 42261

/s/Boyd W. Gentry
Boyd W. Gentry (KY # 88625)