UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:19-CV-00102-GNS-HBB

COREY MILLER                                                                                           PLAINTIFF

v.

I.C. SYSTEM, INC.                                                                                     DEFENDANT

## JUDGMENT

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 25), and the Court having issued its Memorandum Opinion and Order (DN 29) granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant I.C. System, Inc. consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

February 5, 2021

cc:   counsel of record
      Corey Miller, *pro se*